**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FULGENCIO S.B.,

Petitioner,

v.

PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement.

Respondents.

Case No. 26-CV-360 (NEB/DJF)

ORDER

IT IS HEREBY ORDERED THAT Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with his counsel while the Court is considering his petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over his petition. If Petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return Petitioner to Minnesota.

Dated: January 16, 2026
Time: 5:12 p.m.

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge