UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fulgencio B.,

Petitioner,

v.

File No. 26-cv-360 (NEB/DJF)

Pamela Bondi; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement,*

Respondents.

---

Fulgencio B.,

Petitioner,

v.

File No. 26-cv-395 (ECT/DTS)

Todd Lyons, *in his capacity as Acting Director, Immigration and Customs Enforcement*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Pamela Bondi, *U.S. Attorney General*; Executive Office for Immigration Review; and David Easterwood, *Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,

Respondents.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 26-cv-395 (ECT/DTS) having been assigned to Judge Eric C. Tostrud and Case No. 26-cv-360 (NEB/DJF) having been assigned to Judge Nancy E. Brasel, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-360 (NEB/DJF) be assigned to Judge Eric C. Tostrud and Magistrate David T. Schultz, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 22, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

Dated: January 22, 2026

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court