UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fulgencio B.,

Petitioner,

v.

Pamela Bondi; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*,

Respondents.

File No. 26-cv-360 (ECT/DTS)

**ORDER CONSOLIDATING CASES**

---

Fulgencio B.,

Petitioner,

v.

Todd M. Lyons, *in his capacity as Acting Director of Immigration and Customs Enforcement*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Pamela Bondi, *U.S. Attorney General*; Executive Office for Immigration Review; and David Easterwood, *Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,

Respondents.

File No. 26-cv-395 (ECT/DTS)

---

The Court has determined that these actions involve numerous common questions of law and fact. Fed. R. Civ. P. 42(a). Consolidation of these actions will avoid duplication of efforts and will help efficiently manage the litigation of both cases. Fed. R. Civ. P. 42(a)(3). Therefore, **IT IS HEREBY ORDERED THAT**:

1. Petitioner Fulgencio B.'s unopposed Motions to Consolidate [ECF No. 8 in 26-cv-360; ECF No. 5 in 26-cv-395] are **GRANTED**.

2. The cases of *Fulgencio B. v. Bondi*, 26-cv-360 (ECT/DTS) (D. Minn.), and *Fulgencio B. v. Lyons*, 26-cv-395 (ECT/DTS) (D. Minn.) are **CONSOLIDATED** for adjudicating Petitioner's requested habeas relief before U.S. District Judge Eric C. Tostrud and U.S. Magistrate Judge David T. Schultz.

3. To give full effect of this consolidation of related proceedings:

a. The second-filed case, *Fulgencio B. v. Lyons*, 26-cv-395 (ECT/DTS), shall serve as the lead case of these consolidated matters.

b. All future filings for these related proceedings shall be filed in the lead case and shall bear the lead case's caption.

c. All future filings in the lead case shall be considered filed in the related case as well; filings should not be separately docketed in the related case and all previous filings in the related cases need not be re-filed in the lead case.

d. The Clerk of Court is directed to add all parties and attorneys of record from the related cases to the lead case.

e. The Clerk of Court is directed to administratively close case number 26-cv-360 (ECT/DTS).

Dated: January 22, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court